# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

Bridget M. McCormack,
Chief Justice

160807

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEBRA L. SZEKELY, Personal Representative
of the ESTATE OF EDWARD SZEKELY,
      Plaintiff-Appellee,

v

                                  SC: 160807
                                  COA: 344377
NIKOLAI KINACHTCHOUK, M.D. &
LIOUDMILA KINACHTCHOUK, M.D., PLC,
NOKOLAI KINACHTCHOUK, M.D., and
RADEWAHN, PA-C,
      Defendants,

and

NAVEED AKHTAR, M.D.,
and MICHIGAN CARDIOVASCULAR
INSTITUTE, PC,
      Defendants-Appellants.
_____/

      On order of the Court, the application for leave to appeal the October 22, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

a0513